✔ JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA M. C., <br>           Plaintiff, <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>           Defendant. | NO. EDCV 22-2187-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: November 20, 2023

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE